Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.

RALPH GALLO, Respondent, v MIDSTATE MUTUAL INSURANCE COMPANY, Appellant, et al., Defendants. [853 NYS2d 519]— Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.

In the Matter of the Estate of SYLVIA M. BAER, Deceased. WILLIAM C. FARNER, Respondent; S. MARCY BAER et al., Appellants. (Appeal No. 1.) In the Matter of the Estate of SYLVIA M. BAER, Deceased. WILLIAM C. FARNER, Respondent; S. MARCY BAER, et al., Appellants. (Appeal No. 3.) [853 NYS2d 519]— Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.

In the Matter of CLIFFORD GRAHAM, Petitioner, v ROBERT DENNISON, as Commissioner of New York State Division of Parole, Respondent. [853 NYS2d 518]— Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN CASTLEBERRY, Appellant. [852 NYS2d 858]— Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HANSEL J. GERNSTL, Appellant. [852 NYS2d 857]— Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMERSON THURMAN, Appellant, v GLENN S. GOORD as Commissioner of New York State Department of Correctional Services, Respondent. [852 NYS2d 857]— Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.